UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE OF SAN DIEGO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; FEDERAL AVIATION ADMINISTRATION; and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　　　　　　Defendants. | Case No.:  20cv990-JLS (NLS)<br><br>**ORDER:**<br><br>**(1) FOLLOWING STATUS CONFERENCE;**<br><br>**(2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' EX PARTE REQUEST TO MODIFY PRODUCTION DEADLINE [ECF NO. 12]; and**<br><br>**(2) SETTING CONTINUED STATUS/CASE MANAGEMENT CONFERENCE** |

　　　On October 21, 2020, the Court held a status/case management conference. ECF No. 14. The Court and parties discussed the status of the responses to the FOIA request and Defendants' Status Report and *ex parte* Request to Modify Production Deadline (ECF No. 12). Pursuant to the discussion therein, the Court **ORDERS** the following:

　　　1.　　By **December 9, 2020**, Defendants are ordered to produce all remaining releasable portions of documents that are responsive to Plaintiff's Freedom of

Information Act ("FOIA") requests, along with a Vaughn Index.  Production shall be made on a rolling basis, meaning that documents shall be provided as they become releasable, before and up to December 9.  The Court cautions that no further extensions will be given absent truly extenuating circumstances and failure to abide by the deadline may result in an order to show cause against Defendants.

2. After the December 9, 2020 production deadline, the parties shall file a joint status report with the Court on **December 14, 2020**.

3. The Court **SETS** a status/case management conference for **December 16, 2020** at **10:00 a.m.**  This conference will be held via videoconference with counsel only.  By **December 14, 2020**, Counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone who will be attending the Zoom status conference, an e-mail address for each participant to receive the Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.

**IT IS SO ORDERED.**

Dated:  October 21, 2020

Hon. Nita L. Stormes
United States Magistrate Judge