UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE OF SAN DIEGO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; FEDERAL AVIATION ADMINISTRATION; and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　　　　　Defendants. | Case No.: 20cv990-JLS (NLS)<br><br>**ORDER VACATING AND RESETTING CONTINUED STATUS/CASE MANAGEMENT CONFERENCE** |

　　　　On October 21, 2020, the Court set a further status/case management conference for December 16, 2020. ECF no. 15. On December 14, 2020, the parties filed a joint status report, indicating that more documents have been produced and Plaintiff is in the process of reviewing the documents. ECF No. 16. Accordingly, they request that the Court vacate the December 16 status conference, and reset it for later in January 2021 to give the parties more time to review the documents. *Id.*

　　　　Good cause appearing, the Court **GRANTS** the request. The status conference set for December 16, 2020 is **VACATED** and **RESET** for **January 21, 2021** at **10:00 a.m.** This conference will be held via videoconference with counsel only. By **January 14,**

**2021**, Counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone who will be attending the Zoom status conference, an e-mail address for each participant to receive the Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.  By **January 14, 2021**, the parties shall also file an updated joint status report with the Court.

**IT IS SO ORDERED.**

Dated:  December 15, 2020

*Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge