UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE OF SAN DIEGO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; FEDERAL AVIATION ADMINISTRATION; and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　　　　　Defendants. | Case No.: 20cv990-JLS (NLS)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　　On March 10, 2021, the Court held a status conference regarding the state of production of documents for the FOIA request. ECF No. 22. As discussed in the conference, Plaintiff has completed review of the records produced and will not seek any further challenges. The only remaining issue is attorney's fees, and the parties are working together to resolve that issue.

　　　　The Court **SETS** the following scheduling for filing of a fees motion:

　　　　1.　　Plaintiff shall file its motion for attorney's fees by **May 10, 2021**.

　　　　2.　　Defendants shall respond by **May 24, 2021**.

　　　　//

3. Plaintiff shall file a reply by **June 1, 2021**.

**IT IS SO ORDERED.**

Dated: March 10, 2021

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge