UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE OF SAN DIEGO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION; FEDERAL AVIATION ADMINISTRATION; and U.S. DEPARTMENT OF TRANSPORTATION,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-990 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 26) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice (ECF No. 26). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the case in its entirety. Other than as specified in the settlement agreement, each Party shall bear its own costs and

///
///
///
///
///

1

attorney's fees. This Court will retain jurisdiction to enforce the Parties' settlement agreement. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge